# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

January 20, 2023

**Via ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> The request is GRANTED. The parties shall update the Court, including by proposing a briefing schedule for summary judgment if necessary, no later than **February 20, 2023**.
>
> Dated: January 22, 2023
> New York, New York
>
> SO ORDERED
>
> JENNIFER L. ROCHON
> United States District Judge

Re:   *Rickner PLLC v. Federal Bureau of Prisons*, No. 22 Civ. 9943 (JLR)

Your Honor:

This office represents Plaintiff Rickner PLLC in the above-captioned matter, and write, jointly with counsel for the Defendant, Federal Bureau of Prisons, in accordance with this Court's December 15, 2022 Order (Dkt. 17) for an update from the parties on the status of this case.

At this time, Defendant BOP has produced to Plaintiff 35 pages of responsive documents related to the underlying FIOA request at issue in this case. The parties continue to work together cooperatively to address disputes related to redactions and withholdings related to the production. We therefore request an additional 30 days, to February 20, 2023, to continue this conferral and attempt to reach a resolution without further judicial intervention.

If, at the close of these thirty days, the parties have not resolved all issues, we propose either to provide a status report or, if we have reached an impasse, propose a briefing schedule for cross-motions for summary judgment.

We thank the Court for its attention to this matter.

Respectfully,

RICKNER PLLC

By: */s/ Stephanie Panousieris*
STEPHANIE PANOUSIERIS
14 Wall Street
New York, New York 10005
(212) 300-6506
stephanie@ricknerpllc.com
*Counsel for Plaintiff*

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
Facsimile: (212) 637-2717
E-mail: peter.aronoff@usdoj.gov
*Counsel for Defendant*